IN THE SUPREME COURT

| | | | |
|---|---|---|---|
| 259P11-2 | State v. Emmanuel Ngene | Def's *Pro Se* Motion to Review PDR | Dismissed |
| 284PA13 | State v. Ever Alexander Rivas-Batres | Def's Motion to Amend Defendant-Appellant's New Brief | Allowed **03/20/2014** |
| 308P06-3 | In Re: Christopher L. Bullock | Def's *Pro Se* Petition for *Writ of Mandamus* | Dismissed without Prejudice |
| 332P13-4 | Bobby R. Knox, Jr. v. N.C. Department of Pub. Safety of Prisons | 1. Def's *Pro Se* Motion for PDR<br><br>2. Def's *Pro Se* Motion for Order to Show Cause for an Order of Protective Order and Federal Injunction | 1. Dismissed<br><br>2. Dismissed |
| 332P13-5 | Bobby R. Knox, Jr. v. N.C. Department of Pub. Safety of Prisons | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review the Order of Forsyth County Superior Court<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br><br>2. Allowed<br><br>3. Dismissed as Moot |
| 368PA13 | State v. Michael Paul Miller | Motion by the Appellate Defender as Friend of the Court to Discharge Current Appellate Counsel and to Appoint the Office of the Appellate Defender to Represent the Defendant-Appellee Before the Court | Allowed **03/12/2014**<br><br><br><br><br><br><br>**Beasley, J., recused** |
| 385PA13 | Douglas Kirk Lunsford v. Thomas E. Mills, James W. Crowder, III, and Shawn T. Buchanon | Plt's Motion for Leave to Supplement Printed Record on Appeal | Denied |
| 423P13-2 | State v. Jory Joseph Marino | 1. State's Petition for *Writ of Certiorari* to Review Order of Superior Court of Moore County<br><br>2. State's Motion to Expedite Petition of *Writ of Certiorari* | 1. Denied<br><br><br>2. Dismissed as Moot |